Order issued October 17, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-09-00828-CV

---

**STEWART MCCRAY, Appellant**

**V.**

**GERALD H. HOAG AND ELIZABETH A. HOAG, Appellee**

---

## ORDER

---

The Motion to Vacate Mandate Issued on August 30, 2012 filed by Appellant is hereby **GRANTED** and a new Mandate will issue forthwith.

MARTIN RICHTER
JUSTICE